Case 5:20-cv-03902-NC   Document 16   Filed 12/18/20

FILED
Dec 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA WILBORNE, | Case No. |
| Plaintiff, | 5:20-cv-03902-NC |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| THE MILLENNIUM GROUP OF DELAWARE, INC. DBA TMG MAIL & SUPPORT SERVICES, INC.; DOES 1-100, and each of them, inclusive. | |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 18th day of December, 2020

_____
Honorable _____, District Court



GRANTED
Judge Nathanael M. Cousins